# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### MEMPHIS DIVISION

| | | |
|---|---|---|
| **MILLENNIUM HEALTH, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 2:15-cv-02108-** |
| | ) | **JPM-DKV** |
| **v.** | ) | |
| | ) | |
| **CHAD CUNNINGHAM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, including all counterclaims, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear their own costs and fees.

DATED August 12, 2015

s/  Andrew S. Naylor
Robert E. Boston
Andrew S. Naylor
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 244-6380
(615) 244-6804 facsimile
bob.boston@wallerlaw.com
andy.naylor@wallerlaw.com

*Attorneys for Plaintiff Millennium Health, LLC\*

s/ James L. Holt, Jr.
James L. Holt, Jr.
Stephen L. Shields
Jackson, Shields, Yeiser & Holt
262 German Oak Drive
Memphis, Tennessee
Office: (901) 754-8001
Fax:     (901) 754-8524
jholt@jsyc.com
sshields@jsyh.com

*Attorneys for Defendant Chad Cunningham*